# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL BRABHAM, | : | |
|     Plaintiff | : | |
| | : | CIVIL NO. 3:15-CV-0607 |
| v. | : | |
| | : | (JUDGE NEALON) |
| DR. JOSEPH MOLLURA, ET AL., | : | (MAGISTRATE JUDGE SCHWAB) |
|     Defendants | : | |

## ORDER

**NOW**, **THIS 14TH DAY OF APRIL, 2015,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1. The Report and Recommendation, (Doc. 8), is **ADOPTED**;

2. Plaintiff's complaint, (Doc. 1), is **TRANSFERRED** to the United States District Court for the Western District of Pennsylvania; and

3. The Clerk of Court is directed to **CLOSE** this case.

                                                    **/s/ William J. Nealon**
                                                    **United States District Judge**